# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

NATIONAL ASSOCIATION OF STUDENT
LOAN ADMINISTRATORS,

    Plaintiff,

v.

Case No. 3:21-cv-00440-MHL

E. JOSEPH FACE, JR., Commissioner of
Financial Institutions, Bureau of Financial
Institutions, Virginia State Corporation
Commission; JEHMAL T. HUDSON,
Commissioner, Virginia State Corporation
Commission, JUDITH WILLIAMS
JAGDMANN, Commissioner, Virginia State
Corporation Commission, ANGELA L.
NAVARRO, Commissioner, Virginia State
Corporation Commission,

    Defendants.

## JOINT STATUS REPORT

Pursuant to the Court's August 31, 2021 Order [Doc. 019], the parties hereby submit this joint status report.

Since the Court stayed the case at the parties' request, the State Corporation Commission entered an order adopting the proposed regulations at issue, with minor alterations not applicable to this lawsuit. The adoption order was issued on September 8, 2021, with only minor changes to the underlying rules not applicable to this litigation. Under the terms of the State Corporation Commission's order, the regulations at issue become effective tomorrow, October 1, 2021.

Plaintiff has not appealed the State Corporation Commission's order under Virginia Code § 12.1-39. To date, no party has noted an appeal, and the parties are not aware of any party that intends to appeal. The deadline to note any such appeal to the Supreme Court of Virginia is October

8, 2021. The plaintiff filed a Consent Motion to Lift Stay and memorandum in support of same, both of which were filed on September 23, 2021 [Docs. 020 & 021]. That motion remains pending.

The parties have undertaken and continue to engage in constructive dialogue regarding possible intervention in this matter by the Commonwealth of Virginia, as well as a potential briefing schedule for the underlying legal dispute.

Respectfully submitted this 30th day of September 2021.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | THOMPSONMCMULLAN, PC |
|---|---|
| By: *s/ Joshua A. Weiss* <br> Joshua A. Weiss (VSB #82789) <br> Christopher O. Murray, *pro hac vice* <br> David B. Meschke, *pro hac vice* <br> 410 17th Street, Suite 2200 <br> Denver, CO 80202 <br> Telephone: 303.223.1100 <br> Fax: 303.223.1111 <br> Email: jweiss@bhfs.com; <br> cmurray@bhfs.com; <br> dmeschke@bhfs.com | By: *s/ John P. O'Herron* <br> William W. Tunner (VSB #38358) <br> Michael G. Matheson (VSB #82391) <br> John P. O'Herron (VSB #79357) <br> Rachel W. Adams (VSB #92605) <br> 100 Shockoe Slip, 3rd Floor <br> Richmond, Virginia 23219 <br> Telephone: 804.649.7545 <br> Fax: 804.780.1813 <br> Email: vtunner@t-mlaw.com <br> mmatheson@t-mlaw.com <br> joherron@t-mlaw.com <br> radams@t-mlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

William W. Tunner
Michael G. Matheson
John P. O'Herron
Rachel W. Adams
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 698-6253
Fax: (804) 780-1813
wtunner@t-mlaw.com
mmatheson@t-mlaw.com
joherron@t-mlaw.com
radams@t-mlaw.com
*Counsel for Defendants*

*/s/ Paulette M. Chesson*
Paulette M. Chesson, Paralegal
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street
Denver, CO 80202
Telephone: 303.223.1100