IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**NATIONAL ASSOCIATION OF
STUDENT LOAN ADMINISTRATORS,**

    **Plaintiff,**

**v.**

    Case No. 3:21cv440

**E. JOSEPH FACE, JR.,** *et al.,*

    **Defendants.**

## ORDER

This matter comes before the Court on the National Association of Student Loan Administrators's Consent Motion to Lift Stay (the "Motion"). (ECF No. 20.) Plaintiff moves to lift the stay of these proceedings and Defendants consent. The parties have agreed to seek another stay of these proceedings if any party aggrieved by the September 8, 2021 order of the Virginia State Corporation Commission timely files a notice of appeal under Rule 5:21(a) of the Rules of the Supreme Court of Virginia. *See* Order, Sep. 8, 2021, Virginia State Corporation Commission, Case No. BFI-2021-00007.

Because all parties consent to the motion and for other good cause shown, the Court GRANTS the motion. The stay in this matter is lifted effective as of the date of this order. The Plaintiff SHALL file its Amended Complaint, if any, no later than 14 days after entry of this order. Defendants SHALL file their responsive pleadings no later than 14 days after the filing of the Plaintiff's Amended Complaint or, if none is filed, no later than 21 days after entry of this order.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

Date: 10/07/2021  
Richmond, Virginia

/s/  
M. Hannah Lauck  
United States District Judge